# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

COLBERT NICHOLS,

          Plaintiff,          Case No. 2:09-cv-01698-LDG-GWF

vs.                                  **ORDER**

JAMES HOLMES, *et al.*,

          Defendants.

      The Court is currently in the process of screening Plaintiff's Amended Complaint (#12). Until the Court has completed its screening of Plaintiff's Amended Complaint (#12) as required by 28 U.S.C. § 1915A., Defendants will not be required to file a responsive pleading. Accordingly,

      **IT IS HEREBY ORDERED** that Defendants will not be required to file a responsive pleading until the Court completes its screening of the Amended Complaint (#12). At that time, the Court will instruct the manner in which the amended complaint should be served and state the time frame in which the defendants are required to respond to the amended complaint.

      **IT IS FURTHER ORDERED** that, as previously ordered by the Court (#5), while the screening of the amended complaint remains pending, Plaintiff is granted leave to pursue limited discovery of Defendant Bannister, such as by written interrogatories, in order to determine: (a) the real name of and a possible service address for Dr. John Doe #1, which potentially may be reflected in any medical records forwarded from CCDC to NDOC; and (b) the real names of the members of the Utilization Resource Committee at the relevant time in question.

      DATED this 27th day of January, 2011.

                                                            GEORGE FOLEY, JR.
                                                         United States Magistrate Judge