1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

COLBERT NICHOLS,                              )
                                             )
                              Plaintiff,     )      Case No.   2:09-cv-01698-LDG-GWF
                                             )
vs.                                          )      **ORDER**
                                             )
JAMES HOLMES, *et al.*,                      )      Motion to Compel and for Fees and Costs
                                             )      (#7) and Motion to Strike (#14)
                              Defendants.    )
_____)

      This matter is before the Court on Plaintiff Colbert Nichols' Motion to Compel and for Fees and

Costs (#7), filed December 17, 2010; Defendant's Response to Plaintiff's Motion to Compel (#11),

filed January 3, 2011; Plaintiff's Motion to Strike Defendant's Response as Moot (#14), filed January

18, 2011; and Defendants' Response in Opposition to Plaintiff's Motion to Strike (#16), filed January

27, 2011.

**DISCUSSION**

    **1.**    **Motion to Compel and for Fees and Costs**

      Plaintiff requests that the Court issue an order compelling Defendant to provide the real name

and possible service address for Dr. John Doe #1.[1]  (#7).  Defendant objects to the motion because this

information is equally available to Plaintiff if it is in Plaintiff's medical file with the Nevada

Department of Corrections ("NDOC").  (#11 at 2-3).  According to Defendant, Plaintiff may view his

medical file simply by filing a request with prison officials where he is housed.  (*Id.*)  As information

_____

    [1] Plaintiff's motion also requested an order compelling Defendant to provide Plaintiff with the
names of the members of the Utilization Review Panel.  (#7 at 1).  As Defendant has since disclosed
these names (#11 at 2-3; #14), this particular request is now moot and will not be addressed by the
Court.

related to the identity and possible service address of Dr. John Doe #1 may be easily accessible by Plaintiff, the Court will deny his present motion without prejudice and direct him to request his medical file from NDOC officials.  If the medical records requested are not in the possession of the NDOC, Plaintiff may subpoena the records from the Clark County Detention Center.

Plaintiff's request for costs and fees is denied.

**2.      Motion to Strike**

Plaintiff's motion to strike Defendant's response is denied as Defendant's response was timely and proper.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Colbert Nichols' Motion to Compel and for Fees and Costs (#7) is **denied**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Strike Defendant's Response as Moot (#14) is **denied**.

DATED this 31st day of January, 2011.

GEORGE FOLEY, JR
United States Magistrate Judge

2