# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COLBERT NICHOLS,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES HOLMES, et al.,<br><br>    Defendants. | Case No. 2:09-cv-01698-LDG-GWF<br><br><br><br>**ORDER** |

Plaintiff's Compliant named the Clark County Detention Center ("CCDC") as a defendant. This court dismissed the CCDC, however, because the CCDC is a facility, not a juridical person subject to suit. Although Plaintiff's Amended Complaint does not specifically name the CCDC as a defendant, Plaintiff seeks damages from the CCDC. Accordingly,

THE COURT HEREBY ADOPTS the magistrate judge's report and recommendation (#12) and ORDERS that the Clark County Detention Center is DISMISSED.

Dated this 21 day of June, 2011.

_____
Lloyd D. George
United States District Judge