# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COLBERT F. NICHOLS,<br><br>     Plaintiff,<br><br>v.<br><br>ROBERT BANNISTER, et al.,<br><br>     Defendants. | 2:09-cv-1698-LDG-GWF<br><br>JUDGMENT |

Defendants' motion having come before the court and the court having considered the issues therein and rendered its decision,

THE COURT HEREBY ORDERS that judgment is ENTERED in favor of defendants and against plaintiff.

Dated this ___ day of September, 2013.

_____
Lloyd D. George
United States District Judge