UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COLBERT F. NICHOLS,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT BANNISTER, et al.,<br><br>    Defendants. | 2:09-cv-1698-LDG-GWF<br><br>ORDER |

Plaintiff Colbert Nichols has filed a motion pursuant to Red. R. Civ. P. 60(b), or in the alternative, motion for reconsideration this court's grant of summary judgment and dismissal (#71, response #75, reply #76). As pointed out by defendants, Nichols has not presented grounds for relief from judgment nor for reconsideration. Accordingly,

THE COURT HEREBY ORDERS that Nichols' motion pursuant to Red. R. Civ. P. 60(b), or in the alternative, motion for reconsideration this court's grant of summary judgment and dismissal (#71) is DENIED.

Dated this 12 day of September, 2014 .

_____
Lloyd D. George
United States District Judge